**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 447 MAL 2022

                   Respondent   :

  :   Petition for Allowance of Appeal
  :   from the Order of the Superior Court

         v.   :

LUIS BERNAL,   :

                   Petitioner   :

## ORDER

**PER CURIAM**

       **AND NOW**, this 21st day of February, 2023, the Petition for Allowance of Appeal is **DENIED**.